**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crisanto Labarda,<br><br>    Plaintiff,<br><br>vs.<br><br>United Parcel Service, Inc., et al.,<br><br>    Defendants. | No. CV-10-8057-PCT-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismissal With Prejudice (Doc. 25) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 9th day of December, 2010.

_____
Paul G. Rosenblatt
United States District Judge